UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah J. Fry,                                    Civil 07-4763 ADM/FLN

        Plaintiff,

     v.                                          O R D E R

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.

_____

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated June 30, 2008, all the files and

records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that this case is DISMISSED.

DATED:  July 30, 2008.                          s/Ann D. Montgomery
                                     _____
                                     JUDGE ANN D. MONTGOMERY
                                     United States District Court